IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Luther C. Hughes, | |
|     Plaintiff, | Case No: 3:16 CV 50340 |
| v. | |
| | Magistrate Judge: Iain D. Johnston |
| Winnebago County Sheriff's Dept. et al, | |
|     Defendants. | |

## ORDER, REPORT AND RECOMMENDATION

    Status hearing held on 9/15/2017. The plaintiff Luther C. Hughes was not present. The plaintiff has failed to appear at the status hearing on 7/21/2017 and 9/15/2017. Accordingly, it is this Court's Report and Recommendation the case be dismissed for want of prosecution under Rule 41(b). Any objection to this Report and Recommendation shall be filed by 10/2/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:04)
Date: September 18, 2017                                                    /s/ Iain D. Johnston
                                                                                                        U.S. Magistrate Judge