IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Luther C. Hughes, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 C 50340 |
| | ) | |
| vs. | ) | |
| | ) | |
| Winnebago County Sheriff's Dept., et al., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On September 18, 2017, Magistrate Judge Johnston entered a report and recommendation [20] that this case be dismissed for want of prosecution under Fed. R. Civ. P. 41(b). No timely objection has been filed to the report and recommendation. The court has reviewed the record, and accepts the report and recommendation. The record reflects plaintiff has failed to appear as ordered. This case is dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to comply with orders of the court.

Date: 10/03/2017            ENTER:

*Philip G. Reinhard*
United States District Court Judge

Notices mailed by Judicial Staff.  (LC)